**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TOMMY PEREZ, JR.                                                                                                PLAINTIFF

v.                                                  3:14CV00203-DPM-JTK

DALE COOK, et al.                                                                                               DEFENDANTS

**ORDER**

Plaintiff has now submitted an Amended Complaint (Doc. No. 5) in accordance with this Court's August 26, 2014 Order (Doc. No. 4). Having reviewed the Amended Complaint and Supplement (Doc. No. 8), for screening purposes only,[1] it now appears to the Court that service is appropriate for Defendant Glaudia Yancey on Plaintiff's racial discrimination claim. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Amend (Doc. No. 5) is GRANTED. Service is appropriate for the Defendant Glaudia Yancey. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Amended Complaint, Supplement (Doc. Nos. 5, 8), and summons on Defendant without prepayment of fees and costs or security therefore.

The Clerk shall docket entry #5 as an Amended Complaint, and #8 as a Supplement to the Amended Complaint.

IT IS SO ORDERED this 8th day of September, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).