IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TOMMY PEREZ, JR.                                                             PLAINTIFF

v.                              No. 3:14-cv-203-DPM-JTK

DALE COOK, Sheriff, Mississippi County
Detention Facility; GLAUDIA YANCEY,
Kitchen Supervisor, Mississippi County
Detention Facility; CLAYBORNE HICKS;
Captain, Mississippi County Detention
Facility; and MISSISSIPPI COUNTY,
County of Arkansas                                                          DEFENDANTS

## ORDER

Unopposed recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Defendants Cook, Hicks, and Mississippi County are dismissed from this action. Perez's harassment and gender discrimination claims against Yancey are dismissed without prejudice. Motion to amend, № 6, denied. Perez's race discrimination claim against Yancey remains.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 October 2014