IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TOMMY PEREZ, JR.                                                    PLAINTIFF

v.                              No. 3:14-cv-203-DPM-JTK

GLAUDIA YANCEY,
Kitchen Supervisor, Mississippi County
Detention Facility                                                 DEFENDANT

ORDER

Based on Perez's change of address notice, № 28, the Court is uncertain

as to whether Perez received a copy of the proposed findings and

recommendations, № 25. The Court directs the Clerk to mail a copy of № 25

and this Order to Perez's new address. Any objections to the

recommendations must be filed by 5 January 2015.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 December 2014