# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TOMMY PEREZ, JR.                                                                    PLAINTIFF

v.                              No. 3:14-cv-203-DPM-JTK

GLAUDIA YANCEY,
Kitchen Supervisor, Mississippi County
Detention Facility                                                                  DEFENDANT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 25, and overrules Perez's objection, № 31. FED. R. CIV. P. 72(b)(3). Perez's motion for order, which the Court construes as a motion for preliminary injunction, № 22, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2015