**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TOMMY PEREZ, JR.                                                                                          PLAINTIFF

v.                                          3:14CV00203-DPM-JTK

DALE COOK, et al.                                                                                        DEFENDANTS

**ORDER**

Plaintiff Tommy Perez originally filed this action pursuant to 42 U.S.C. § 1983 while incarcerated at the Mississippi County Detention Facility (Jail), and the Court granted his Motion to Proceed in forma pauperis on August 26, 2014 (Doc. No. 4). However, Perez has notified the Court of his release from incarceration (Doc. No. 37); therefore, in order to continue the prosecution of this action, he must file an updated Motion to Proceed in forma pauperis. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff Perez shall file an updated Motion to Proceed in forma pauperis within fifteen days of the date of this Order. Failure to file such shall result in the dismissal without prejudice of his Complaint. See Local Rule 5.5(c)(2). The Clerk shall forward an in forma pauperis application to Plaintiff.

IT IS SO ORDERED this 13th day of February, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE