# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TOMMY PEREZ, JR.                                              PLAINTIFF

v.                    No. 3:14-cv-203-DPM-JTK

GLAUDIA YANCEY, Kitchen Supervisor,
Mississippi County Detention Facility                        DEFENDANT

## ORDER

Unopposed recommendation, № 40, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 May 2015