IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TOMMY PEREZ, JR.                                                    PLAINTIFF

v.                          No. 3:14-cv-203-DPM

DALE COOK, Sheriff, Mississippi County
Detention Facility; GLAUDIA YANCEY,
Kitchen Supervisor, Mississippi County
Detention Facility; CLAYBORNE HICKS;
Captain, Mississippi County Detention
Facility; and MISSISSIPPI COUNTY,
County of Arkansas                                                  DEFENDANTS

## JUDGMENT

Perez's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

11 May 2015